**No. 09-11176. Derrick McLean, Petitioner v. Florida.**

562 U.S. 865, 131 S. Ct. 153, 178 L. Ed. 2d 92, 2010 U.S. LEXIS 6638.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 29 So. 3d 1045.

**No. 09-11177. James William Londo, Petitioner v. United States.**

562 U.S. 865, 131 S. Ct. 153, 178 L. Ed. 2d 92, 2010 U.S. LEXIS 6627.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 366 Fed. Appx. 836.

**No. 09-11179. Bennie Lacey, Petitioner v. Mississippi.**

562 U.S. 865, 131 S. Ct. 154, 178 L. Ed. 2d 92, 2010 U.S. LEXIS 6575.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Mississippi denied.

Same case below, 29 So. 3d 786.

**No. 09-11180. Eduardo Rodriguez-Velez, Petitioner v. United States.**

562 U.S. 865, 131 S. Ct. 154, 178 L. Ed. 2d 92, 2010 U.S. LEXIS 6696.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 597 F.3d 32.

**No. 09-11181. Lawrence Kevin Billings, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 866, 131 S. Ct. 154, 178 L. Ed. 2d 92, 2010 U.S. LEXIS 6616.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-11182. Mervin G. Anderson, Petitioner v. Juan Castillo, Warden.**

562 U.S. 866, 131 S. Ct. 154, 178 L. Ed. 2d 92, 2010 U.S. LEXIS 6675,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-11183. James Butler, Petitioner v. United States.**

562 U.S. 866, 131 S. Ct. 154, 178 L. Ed. 2d 92, 2010 U.S. LEXIS 6609.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.